**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Rafael SANTANA, Defendant— Appellant.**

**No. 07–50336.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 10, 2008.

Luella M. Caldito, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

David A. Schlesinger, Esq., Guerrero Jacobs & Schlesinger LLP, San Diego, CA, for Defendant–Appellant.

Before: TASHIMA, SILVERMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Rafael Santana appeals from the 36–month sentence imposed following his guilty-plea conviction for importing marijuana, in violation of 21 U.S.C. § 952. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Santana contends that the district court clearly erred by declining to grant him a downward adjustment for acceptance of

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

responsibility pursuant to U.S.S.G. § 3E1.1. The district court did not clearly err because Santana absconded before sentencing. *See United States v. Thompson,* 80 F.3d 368, 371 (9th Cir.1996).

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

